IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

**CRIMINAL NO. 1:07CR7**

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| VS. | ) | <u>O R D E R</u> |
| | ) | |
| TROY STEVEN MESSER | ) | |

**THIS MATTER** is before the Court *sua sponte* for recusal and reassignment.

**IT IS, THEREFORE, ORDERED** that the undersigned hereby recuses himself from this matter, and the Clerk of Court is directed to reassign this case to another judicial officer within this District.

Signed: February 10, 2007

Lacy H. Thornburg
United States District Judge